IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
10/23/2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

| | |
|---|---|
| **CHANDRA DOGAN**, on behalf of herself and others similarly situated | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| **ROANOKE JH, LLC d/b/a WOODLAND HILLS INDEPENDENT, ASSISTED LIVING AND MEMORY CARE COMMUNITY** | ) ) ) ) |
| **-AND-** | ) ) |
| **RETIREMENT UNLIMITED, INC.,** | ) ) |
| Defendants. | ) |

Civil Action No. 7:24-cv-00478

## CONSENT DISMISSAL ORDER

WHEREFORE, the parties have entered into a settlement agreement ("the Agreement") between the parties to this action; and

WHEREFORE, the Agreement resolved all pending disputes between the parties.

The parties stipulate and agree, through their undersigned counsel, that the above-identified action be and hereby is dismissed **WITH PREJUDICE**, and that each party shall bear its own attorney fees and costs incurred in this action. Accordingly, it is hereby

**ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** and stricken from the docket. The Clerk shall administratively close the case.

**IT IS SO ORDERED**.

Dated: October 23, 2024

Mike Urbanski
Senior U.S.District Judge
2024.10.23 12:54:30
-04'00'

_____
The Honorable Michael F. Urbanski
Judge, Western District of Virginia

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| */s/ Christopher E. Collins* | */s/ Agnis C. Chakravorty* |
| Christopher E. Collins | Agnis C. Chakravorty |
| Yugo Collins, PLLC | Woods Rogers Vandeventer Black |
| 25 Franklin Rd. SW | 10 S. Jefferson St., Suite 1800 |
| Roanoke, VA 24014 | Roanoke, VA 24011 |
| Chris@YugoCollins.com | agnis.chakravorty@woodsrogers.com |
| (540) 861-1529 | (540) 983-7727 |